1  Aaron L. Agenbroad (State Bar No. 242613)
   alagenbroad@jonesday.com
2  Catherine S. Nasser (State Bar No. 246191)
   cnasser@jonesday.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Attorneys for Defendant
   CELLCO PARTNERSHIP d/b/a VERIZON
7  WIRELESS

8

9                         UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT OF CALIFORNIA

11

12  **CHRISTOPHER J. ANTHONY,**           Case No.  **2:09-CV-01024-GEB-KJM**

13           **Plaintiff,**                **STIPULATION AND ORDER
                                            EXTENDING TIME FOR PLAINTIFF
14       **v.**                            AND DEFENDANT TO DESIGNATE
                                            EXPERTS**
15  **CELLCO PARTNERSHIP dba VERIZON
     WIRELESS; and DOES 1 through 50,**
16  **inclusive,**

17           **Defendants.**

18

19       Pursuant to Local Rules 143 and 144, Plaintiff Christopher J. Anthony ("Plaintiff") and

20  Defendant Cellco Partnership d/b/a Verizon Wireless ("Defendant"), by and through their

21  undersigned counsel, hereby respectfully request that this Court approve the parties' stipulation to

22  extend the time to make initial expert witness disclosures pursuant to Federal Rule of Civil

23  Procedure 26(a)(2)(c).

24       The parties are currently conducting discovery in this matter and believe it is premature to

25  make initial expert witness disclosures.  Accordingly, the parties hereby stipulate and agree that

26  Plaintiff and Defendant shall comply with Federal Rule of Civil Procedure 26(a)(2)(c)(i)'s initial

27  expert witness disclosure requirements on or before April 1, 2010, and any contradictory and/or

28  rebuttal expert disclosure authorized under Rule 26(a)(2)(c)(ii) on or before May 1, 2010.

The parties understand and agree that the stipulation will not alter the trial date or any other deadlines established by the Court's July 8, 2009 Order.

Dated: January 11, 2010.                Respectfully submitted,

                                        Jones Day

                                        By:    /s/ Catherine S. Nasser
                                        Catherine S. Nasser

                                        Counsel for Defendant
                                        CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

Dated: January 11, 2010.                Respectfully submitted,

                                        Joseph J. Wiseman, Attorneys at Law

                                        By:    /s/ Joseph J. Wiseman
                                        Joseph J. Wiseman

                                        Counsel for Plaintiff
                                        CHRISTOPHER J. ANTHONY

**ORDER**

**IT IS SO ORDERED.**

**3/3/10**

GARLAND E. BURRELL, JR.
United States District Judge